IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cobb, Antonio L | Case Number: 08 B 13442 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/10/09 | Filed: 5/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 22, 2009
Confirmed: July 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 900.00 | |
| Secured: | | 45.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 796.50 |
| Trustee Fee: | | 58.50 |
| Other Funds: | | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 796.50 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 800.00 | 45.00 |
| 5. | Washington Mutual | Secured | 10,838.17 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 11,477.77 | 0.00 |
| 7. | Partners & Collections | Unsecured | 1,156.55 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 33.07 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 58.72 | 0.00 |
| 10. | Wishard Memorial Hospital | Unsecured | 35.90 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 376.46 | 0.00 |
| 12. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 13. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 14. | Professional Account Management | Unsecured | | No Claim Filed |
| 15. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 16. | Sunrise Credit Services,Inc. | Unsecured | | No Claim Filed |
| | | | $ 28,240.64 | $ 841.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 58.50 |
| | $ 58.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cobb, Antonio L | Case Number:  08 B 13442 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/10/09 | Filed:  5/27/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

*/s/ Mach*